IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) No. 5:25-CR-50029-001 |
| | ) |
| MELISSA GOSWICK | ) |

## INFORMATION

The United States Attorney Charges:

On or about January 29, 2024, in the Western District of Arkansas, Fayetteville Division, the defendant Melissa Goswick, with intent to defraud, did pass to Bank-1, a falsely made, forged and counterfeited obligation of the United States, that is a United States Treasury check in the amount of $133,084.25, which she then knew to be falsely made, forged, and counterfeited.

All in violation of Title 18, United States Code, Section 472.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

*[signature]*

Hunter Bridges
Assistant U.S. Attorney
Arkansas Bar No. 2012282
414 Parker Avenue, Fort Smith, AR 72901
(479) 783-5125